Generated: Jun 30, 2026 10:01AM



# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jun 30, 2026 10:01AM

MARK ANTHONY ORTEGA
152 BEDINGFIELD
SAN ANTONIO, TX 78231

Rcpt. No: 11908        Trans. Date: Jun 30, 2026 10:01AM        Cashier ID: #KSCz (7460)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1049 | 06/24/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments**: Case 5:26-cv-04097

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov