Mark Anthony Orteaca
152
San Antonio, TX 78251

San Antonio, TX P&DC
THU 25 JUN 2026 AM

U.S. District Clerk's Office
262 Nueva Street, Rm 1-400
San Antonio, TX 78207

RECEIVED

JUN 29 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SCREENED BY CSO

JUN 29 2026