Name: _____

Address: _____

_____

Phone Number: _____

Email Address: _____

*Pro Se*

**FILED**

July 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
CH
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | |
| | **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| DEFENDANT(S) | |

As the ☐ Plaintiff  ☐ Defendant  in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☐ A Computer with internet access.

   ☐ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☐ A scanner to convert documents that are only in paper format into electronic files.

   ☐ A printer or copier to create required paper copies such as chambers copies.

   ☐ A word-processing program to create documents; and

   ☐ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: _____    Signature: _/s/ Mark Anthony Ortega_____

Created 04/20          **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY**