**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

MARK ANTHONY ORTEGA,                   §
                                        §
          *Plaintiff,*                  §
                                        §
vs.                                     §          5:26-cv-04097-JKP-ESC
                                        §
QUALIFI, LLC,                           §
                                        §
          *Defendant.*                  §
                                        §
                                        §

**DEFENDANT QUALIFI, LLC'S OPPOSED MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

TO THE HONORABLE DISTRICT COURT:

Defendant, QualiFi, LLC ("QualiFi"), by and through its undersigned counsel, hereby moves this Court for an order extending the deadline for QualiFi to answer or otherwise respond to Plaintiff Mark Anthony Ortega's ("Plaintiff") Complaint.

This case was filed just three weeks ago. As is routine, QualiFi sought Plaintiff's agreement for a thirty-day extension of the current deadline to respond to the Complaint to allow it time to investigate his claims. Unfortunately, Plaintiff, who is proceeding *pro se*, would not acquiesce to this simple request, instead showing his animosity towards QualiFi's newly-retained counsel (most likely due to the previous proceedings between Plaintiff and defense counsel before this Court, *see Ortega v. Sienna Marketing, Inc. et al.*, Case No. 5:24-cv-00487-OLG-ESC).

QualiFi seeks a reasonable extension of the deadline for it to answer or otherwise respond to the Complaint, as QualiFi is a new firm client and counsel was only recently retained. This extension will not unduly prejudice Plaintiff, and this request is not brought for the purpose of delay.

1.     On July 8, 2026, Plaintiff initiated the instant action against QualiFi. ECF No. 1.

009885.00001/158831705v.1

2.      Less than one week later, on or about July 14, 2026, Plaintiff served QualiFi with the *Complaint* and *Summons* in this matter.

3.      Pursuant to the Federal Rules of Civil Procedure, the deadline for QualiFi to appear and answer or otherwise respond to Plaintiff's *Complaint* is August 4, 2026.

4.      Shortly after being retained, counsel for QualiFi emailed Plaintiff on July 24, 2026, requesting a thirty-day extension of time to answer or otherwise respond to the *Complaint*. A true and correct copy of the email correspondence between Plaintiff and counsel for QualiFi is attached hereto as **Exhibit A**.

5.      Upon receiving counsel's request, Plaintiff said he would only agree to a two-week extension. But Plaintiff had no response when counsel asked how an additional two weeks would have "any impact" on the case.

6.      When asked to reconsider his refusal, Plaintiff said he would not agree to the thirty-day extension without certain preconditions; namely, that "[i]f your client is willing to reimburse costs for service I would agree to a 30 day extension[.]" *Id*.

7.      Plaintiff's request for reimbursement of service costs is without authority and unreasonable. As such, QualiFi would not agree to such a precondition for an extension by consent. *Id*.

8.      All told, QualiFi asked Plaintiff five (5) times if he would either agree to the requested 30-day extension or kindly reconsider his refusal. And each time, counsel reiterated the sentiment that "[w]e really do not want to involve the Court so early on because you are refusing the simple courtesy of 4 weeks instead of 2 weeks." Sadly, this plea to Plaintiff fell on deaf ears.

9.      Pursuant to Local Rule CV-7(i) counsel for QualiFi attempted to confer in good-faith to resolve this matter by agreement. However, Plaintiff was unwilling to accommodate QualiFi's reasonable request without unnecessary and otherwise unreasonable preconditions.

10.     QualiFi is now forced to seek such relief from this Court for a thirty-day extension—or until September 3, 2026—for QualiFi to answer or otherwise respond to the *Complaint*. Such request is not made for the purpose of delay and will not result in prejudice to Plaintiff as he filed his Complaint less than one month ago.

**WHEREFORE**, Defendant QualiFi, LLC, respectfully requests that this Honorable Court enter an Order: (1) granting this Motion; (2) extending the time for QualiFi, LLC, to answer or otherwise respond to Plaintiff Mark Anthony Ortega's *Complaint*; and (3) for such other and further relief as this court deems just and appropriate.

Dated: July 29, 2026                    Respectfully submitted.

*/s/ Robert P. Scott*
Robert P. Scott
State Bar No. 17911800
Jeffrey N. Rosenthal (*pro hac vice* forthcoming)
Pennsylvania Bar No. 209334
Scott M. Kaplan (*pro hac vice* forthcoming)
Illinois Bar No. 6317136
**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6601
(713) 228-6605 (fax)
bob.scott@blankrome.com
jeffrey.rosenthal@blankrome.com
scott.kaplan@blankrome.com

**ATTORNEYS FOR DEFENDANT QUALIFI, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2026, a true and correct copy of the foregoing instrument was served on counsel for all parties to this action through the Court's CM/ECF E-file delivery service and on Plaintiff Mark Anthony Ortega via email at: mortega@utexas.edu

/s/ Robert Scott
Robert Scott

009885.00001/158831705v.1