# EXHIBIT A

**Rosenthal, Jeffrey**

---

**From:** Rosenthal, Jeffrey
**Sent:** Tuesday, July 28, 2026 12:58 PM
**To:** mortega@utexas.edu
**Cc:** Scott, Bob; Kaplan, Scott M.
**Subject:** RE: Ortega v. QualiFi--Case No. 5:25-cv-4097 (W.D. Tex.)

@mortega@utexas.edu:

I thought our position was obvious when I described your proposal to condition a routine extension on the repayment of your service fees from last Friday as "unreasonable." But to clarify, it is rejected.

We would hope the parties could resolve at least an initial courtesy extension among themselves.  If that is not the case, please let us know now so we can seek such relief from the Court.

We look forward to hearing from you.

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5553 | mobile: +1.814.777.4199
jeffrey.rosenthal@blankrome.com | bio

---

**From:** mortega@utexas.edu <mortega@utexas.edu>
**Sent:** Tuesday, July 28, 2026 12:46 PM
**To:** Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Cc:** Scott, Bob <bob.scott@blankrome.com>; Kaplan, Scott M. <scott.kaplan@blankrome.com>
**Subject:** Re: Ortega v. QualiFi--Case No. 5:25-cv-4097 (W.D. Tex.)

I never received a response from you regarding my proposed option?

> On Jul 28, 2026, at 7:24 AM, Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com> wrote:

@Mark Ortega:

Hope you had a nice weekend.

Following up on our discussion from last Friday, please let us know your final position by 5:00 pm ET today on whether you will agree to the requested 30-day extension, or will be standing on the 2-week extension you proposed below.

We look forward to hearing from you.

1

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5553 | mobile: +1.814.777.4199
jeffrey.rosenthal@blankrome.com | bio

---

**From:** Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Sent:** Friday, July 24, 2026 2:58 PM
**To:** Mark Ortega <mortega@utexas.edu>
**Cc:** Scott, Bob <bob.scott@blankrome.com>; Kaplan, Scott M. <scott.kaplan@blankrome.com>
**Subject:** RE: Ortega v. QualiFi--Case No. 5:25-cv-4097 (W.D. Tex.)

@Mark Ortega:

That is an unreasonable request.  One thing has nothing to do with the other.  We really do not want to involve the Court so early on because you are refusing the simple courtesy of 4 weeks instead of 2 weeks.  Please let us know if we can move forward together from here and get back on the right track.

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5553 | mobile: +1.814.777.4199
jeffrey.rosenthal@blankrome.com | bio

---

**From:** Mark Ortega <mortega@utexas.edu>
**Sent:** Friday, July 24, 2026 2:49 PM
**To:** Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Cc:** Scott, Bob <bob.scott@blankrome.com>; Kaplan, Scott M. <scott.kaplan@blankrome.com>
**Subject:** Re: Ortega v. QualiFi--Case No. 5:25-cv-4097 (W.D. Tex.)

If your client is willing to reimburse costs for service I would agree to a 30 day extension. I requested three separate times if your client would be willing to accept a waiver of service to avoid unnecessary expense and give them additional time to respond to which they didn't agree.

> On Jul 24, 2026, at 1:32 PM, Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com> wrote:
>
> @Mark Ortega:

2

We are really trying to start off on a good foot here.  This is a new firm client, and we are doing our best to get up to speed.  A 30-day extension beyond the current deadline is entirely reasonable and any judge who comes across it would grant the request without hesitation.  It is hard to understand how another two weeks—beyond the two weeks you said you were amenable to—would have any impact.  We would prefer the parties work this out among themselves rather than have to involve the Court so early in the case.  We ask that you please reconsider.

Once we have the extension in place, and have had a chance to investigate, we would be happy to speak with you.

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5553 | mobile: +1.814.777.4199
jeffrey.rosenthal@blankrome.com | bio

---

**From:** Mark Ortega <mortega@utexas.edu>
**Sent:** Friday, July 24, 2026 2:13 PM
**To:** Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com>
**Cc:** Scott, Bob <bob.scott@blankrome.com>; Kaplan, Scott M. <scott.kaplan@blankrome.com>
**Subject:** Re: Ortega v. QualiFi--Case No. 5:25-cv-4097 (W.D. Tex.)

Hi Jeff,

The deadline is still not for almost two weeks? I'm amenable to a two week extension to file a response. Let me know when you would like to discuss.

Regards,
Mark Anthony Ortega


> On Jul 24, 2026, at 9:49 AM, Rosenthal, Jeffrey <jeffrey.rosenthal@blankrome.com> wrote:
>
> @Mark Ortega:
>
> Hope you are doing well and have been enjoying your summer.
>
> We were recently retained to represent QualiFi in the above action pending in the Western District of Texas.  We see from

3

the docket that QualiFi's response to the *Complaint* would be due on August 4, 2026.  To give us time to get up to speed, would you agree to a courtesy 30-day extension?  Please let us know as soon as possible.

Once we get our hands around the case, we would appreciate an opportunity to speak with you about it as well.

We look forward to hearing from you.

Thanks.

Jeff

**Jeffrey N. Rosenthal** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5553 | mobile: +1.814.777.4199
jeffrey.rosenthal@blankrome.com | bio

**********************************************************************************************
************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**********************************************************************************************
************