**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | 5:26-cv-04097-JKP-ESC |
| | § | |
| QUALIFI, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**<u>PROPOSED ORDER</u>**

This cause coming to be heard on Defendant QualiFi, LLC's Opposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED THAT:

1.      Defendant QualiFi, LLC's Motion is GRANTED; and

2.      Defendant QualiFi, LLC is granted until September 3, 2026.

Dated: July __, 2026                          ENTER:

 

 

_____

Prepared by:
Robert P. Scott
Jeffrey N. Rosenthal (*pro hac vice* forthcoming)
Scott M. Kaplan (*pro hac vice* forthcoming)
**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, Texas 77002
bob.scott@blankrome.com
jeffrey.rosenthal@blankrome.com
scott.kaplan@blankrome.com

009885.00001/158865883v.1